IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02127-ZLW-BNB

STANDARD BANK PLC,

    Plaintiff,

v.

VERO INSURANCE LIMITED,

    Defendant,

RUNGE, INC., f/ka RUNGE MINING, INC. and d/b/a PINCOCK ALLEN & HOLT,

    Nominal Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: October __14__, 2008

    It is ORDERED that Vero Insurance Limited's Motion To Suspend Briefing On Plaintiff's Motion For Summary Judgment (Doc. No. 9) is granted in part and denied in part. It is

    FURTHER ORDERED that the motion is granted to the extent that it requests an extension to October 24, 2008, for Defendant Vero Insurance Limited to respond to Plaintiff's Motion For Summary Judgment. It is

    FURTHER ORDERED that the motion otherwise is denied.