IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02127-ZLW-BNB

STANDARD BANK PLC,

    Plaintiff,

v.

VERO INSURANCE LIMITED,

    Defendant,

RUNGE, INC., f/ka RUNGE MINING, INC. and d/b/a PINCOCK ALLEN & HOLT,

    Nominal Defendant.

## ORDER

The matter before the Court is Defendant Vero Insurance Limited's (Vero) Motion To Consolidate. Vero seeks to have this case consolidated with Case No. 07-cv-1989-RPM. Because Case No. 07-cv-1989-RPM is the earlier-filed case, the Motion To Consolidate should have been filed in that case.[1] Accordingly, it is

ORDERED that the Motion To Consolidate (Doc. No. 16) is denied without prejudice to Vero re-filing the motion in Case No. 07-cv-1989-RPM.

DATED at Denver, Colorado this __21__ day of October, 2008.

BY THE COURT:

s/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] See D.C.COLO.LCivR 42.1.