IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-2127-PAB-BNB

STANDARD BANK PLC,

Plaintiff,

v.

VERO INSURANCE LIMITED,

Defendant,

RUNGE, INC. f/k/a
RUNGE MINING, INC. and d/b/a
PINCOCK ALLEN & HOLT,

Nominal Defendant.

_____

ORDER
_____

This matter comes before the Court on Defendant Vero Insurance Limited's Motion for Reconsideration of Order Denying Motion to Suspend Briefing on Plaintiff's Motion for Summary Judgment and, Alternatively, Motion for Extension (Docket No. 18). The Court has reviewed the pleading and is fully advised in the premises. Defendant Vero Insurance Limited responded to plaintiff's summary judgment motion on October 24, 2008 (Docket No. 23). It is therefore

**ORDERED** that Vero Insurance Limited's Motion for Reconsideration (Docket No. 18) is DENIED as moot.

DATED this 14th day of November, 2008.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge