IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-02127-PAB-BNB | Date: January 13, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

STANDARD BANK PLC,　　　　　　　　　　　　Thomas Johnson
　　　　　　　　　　　　　　　　　　　　　　Paul Schroeder
　　　　　　　　　　　　　　　　　　　　　　Jeremy Cole

　　　　　Plaintiff(s),

v.

VERO INSURANCE LIMITED, and　　　　　　　Jennifer Palmer
　　　　　　　　　　　　　　　　　　　　　　Elliot Scott
RUNGE, INC.,　　　　　　　　　　　　　　　Jay Horowitz
(Nominal Defendants)　　　　　　　　　　　Ken Lewis
formerly known as
Runge Minng, Inc.
Doing business as
Pincock, Allen & Holt, Inc.

　　　　　Defendant(s).

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:　　9:05 a.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion to stay discovery and to convert scheduling conference to status conference filed 12/31/08; Doc 42 is denied as stated on the record.

**ORDERED:** Vero's motion for protective order regarding plaintiff's written discovery requests to Vero filed 12/31/08; Doc 43 is denied as stated on the record.

Court in recess: 9:48 a.m.  Court will continue at 1:00 p.m.

Court in session: 1:03 p.m.

Deadline for joinder of parties and amendment of pleadings is: **January 30, 2009**

Discovery cut-off is: **October 12, 2009**

The dispositive motion deadline is: **October 12, 2009**

The parties shall designate all experts no later than: **June 19, 2009**

The parties shall designate all rebuttal experts no later than: **July 20, 2009**

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Settlement Conference will be set at the request of the parties.

Pretrial Conference shall be held **January 5, 2010 at 9:00 a.m.** in Courtroom A-401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado**.**  A proposed Pretrial Order shall be submitted on or before **December 29, 2009**.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess: 1:34 p.m.    Hearing concluded.    Total time in Court: 01:14

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.