**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-2127-PAB-BNB

STANDARD BANK PLC,

Plaintiff,

v.

VERO INSURANCE LIMITED,

Defendant,

RUNGE, INC. f/k/a
RUNGE MINING, INC. and d/b/a
PINCOCK ALLEN & HOLT,

Nominal Defendant.

_____

**MINUTE ORDER**
_____

**Order Entered by Judge Philip A. Brimmer**

Pending before the Court is defendant Vero Insurance Limited's Motion to Stay Discovery Orders [Docket No. 56]. Being fully advised of the premises surrounding the motion, I conclude that the interests of the parties and the Court are best served by a stay of all discovery in this case. Therefore, it is

**ORDERED** that defendant Vero's motion to stay all discovery in this case [Docket No. 56] is GRANTED. All discovery shall be stayed until the Court rules on the *forum non conveniens* issue or the Court otherwise orders discovery recommenced.

Dated January 29, 2009.