IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-2127-PAB-BNB

STANDARD BANK PLC,

Plaintiff,

v.

VERO INSURANCE LIMITED,

Defendant,

RUNGE, INC. f/k/a
RUNGE MINING, INC. and d/b/a
PINCOCK ALLEN & HOLT,

Nominal Defendant.

_____

**ORDER**
_____

  This matter comes before the Court on review of the file following the dismissal of plaintiff Standard Bank PLC's claims against defendant Vero Insurance, Ltd. pursuant to the Order entered February 24, 2009 [Docket No. 78]. No claims were asserted by or against nominal defendant Runge, Inc., f/k/a Runge Mining, Inc., d/b/a Pincock, Allen & Holt, Inc. As a result of the February 24, 2009 Order [Docket No. 78], any interest the nominal defendant may have had in this litigation no longer exists. It is therefore

  ORDERED that nominal defendant Runge, Inc., f/k/a Runge Mining, Inc., d/b/a Pincock, Allen & Holt, Inc. is dismissed.

  DATED February 26, 2009.